## A. W. ESTABROOK v. F. G. ZERBST, Warden.
### No. 536.

Circuit Court of Appeals, Tenth Circuit.
Oct. 7, 1931.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, COTTERAL, and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for lack of merit.

## In the Matter of Herman MORITZ and Benjamin Glazon, Individually and as Copartners, Doing Business under the Firm Name of Herman Moritz & Co., Bankrupts.
### No. 192.

Circuit Court of Appeals, Second Circuit.
Feb. 15, 1932.

H. & J. J. Lesser, of New York City (Jacob J. Lesser, of New York City, of counsel), for appellant.

Nathaniel J. Palzer, of New York City (Michael S. Gleason, of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

## Mrs. S. L. HEROLD, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
### No. 5878.

Circuit Court of Appeals, Fifth Circuit.
Jan. 19, 1932.

S. L. Herold, of Shreveport, La., for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and R. N. Shaw, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings, and was submitted to the court.

On consideration whereof it is now here ordered and adjudged by this court that the above entitled and numbered cause be remanded to the United States Board of Tax Appeals for further proceedings to the end that there be a recomputation of the tax liability of the petitioner herein for the years 1921 and 1922, such recomputation to be made giving effect to the decision of this court in the case of S. L. Herold v. Commissioner, 42 F.(2d) 942, No. 5766 of the docket of this court;

It is further ordered and adjudged that the mandate of this court issue without delay.

## William Henry HOOPER et al., Appellants, v. Kenneth S. THOMSON, Trustee in Bankruptcy of the Estate of Wm. Henry Hooper, Bankrupt, Appellee.
### No. 6748.

Circuit Court of Appeals, Ninth Circuit.
Feb. 15, 1932.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellee, ordered appeal dismissed for failure of appellants to file record and docket cause; mandate forthwith.